# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAMIREZ, CARLOS | § | Case No. 13-37409 CAD |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/CATHERINE STEEGE_____
                                            Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-37409 CAD | Judge: CAROL A. DOYLE | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | RAMIREZ, CARLOS | | Date Filed (f) or Converted (c): | 09/23/13 (f) |
| | | | 341(a) Meeting Date: | 11/12/13 |
| For Period Ending: | 06/04/14 | | Claims Bar Date: | 04/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking Account-PNC Bank | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 2. Checking Account-US Bank   Jointly owned with Nancy Arroyo | 350.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 350.00 |
| 3. Savins Account-Bank of America   Jointly owned with Nancy Arroyo | 3,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,500.00 |
| 4. Checking Account-Harris Bank | 10.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 10.00 |
| 5. Clothing | 150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 150.00 |
| 6. Allstate Lincoln Benefits Term Life Insurance | 1.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1.00 |
| 7. Employer Provided 401(k)-Dynamic Manufacturing | 20,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 20,000.00 |
| 8. 2004 Buick Rainier | 1,878.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,878.00 |
| 9. Bank of America Countrywide Class Action Settlemnt (u) | 0.00 | 23,740.00 | | 23,740.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $25,989.00 | $23,740.00 | | $23,740.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $25,989.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/30/14    Current Projected Date of Final Report (TFR): 07/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-37409 -CAD | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | RAMIREZ, CARLOS | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9289 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4440 | | |
| For Period Ending: | 06/04/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/14 | 9 | Carlos Ramirez | Class Action Settlement | 1249-000 | 23,740.00 | | 23,740.00 |
| 02/03/14 | 003001 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond | 2300-000 | | 18.21 | 23,721.79 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 23,711.79 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.84 | 23,679.95 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.20 | 23,644.75 |

|  | COLUMN TOTALS | 23,740.00 | 95.25 | 23,644.75 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 23,740.00 | 95.25 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 23,740.00 | 95.25 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******9289 | 23,740.00 | 95.25 | 23,644.75 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 23,740.00 | 95.25 | 23,644.75 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  23,740.00  95.25

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.05d

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 13-37409 -CAD |
| Case Name: | RAMIREZ, CARLOS |
| Taxpayer ID No: | *******4440 |
| For Period Ending: | 06/04/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9289  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********9289

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2014 |
|---|---|---|---|---|---|---|

Case Number:  13-37409
Debtor Name:  RAMIREZ, CARLOS

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | Administrative | | $0.00 | $18.21 | $18.21 |
| 000001<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | (1-1) MODIFIED NAME (CCH) 2/23/2014 | $0.00 | $4,729.28 | $4,729.28 |
| 000002<br>070<br>7100-00 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | (2-1) WALMART OR GEMB | $0.00 | $175.44 | $175.44 |
| 000003<br>080<br>7200-00 | US BANK, N.A.<br>ATTN: LEGAL DEPARTMENT<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | Unsecured | | $0.00 | $70,000.00 | $70,000.00 |
| 000004<br>080<br>7200-00 | CAP1/BSTBY<br>26525 N RIVERWOODS BLVD<br>METTAWA, IL 60045 | Unsecured | (4-1) PROOF OF CLAIM | $0.00 | $2,488.00 | $2,488.00 |
| 000005<br>080<br>7200-00 | CAPITAL 1 BANK<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | Unsecured | (5-1) PROOF OF CLAIM | $0.00 | $4,571.00 | $4,571.00 |
| 000006<br>080<br>7200-00 | ELMHURST MEMORIAL HOSPITAL<br>PO BOX 4052<br>CAROL STREAM, IL 60197-4052 | Unsecured | (6-1) PROOF OF CLAIM | $0.00 | $242.00 | $242.00 |
| 000007<br>080<br>7200-00 | GEMB/WALMART<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Unsecured | (7-1) PROOF OF CLAIM | $0.00 | $63.00 | $63.00 |
| 000008<br>080<br>7200-00 | METRO PAIN MANAGEMENT<br>PO BOX 1010<br>TINLEY PARK, IL 60477-9110 | Unsecured | (8-1) PROOF OF CLAIM | $0.00 | $210.71 | $210.71 |
| 000009<br>080<br>7200-00 | MIDWEST MEDICORP SC<br>6524 W. ARCHER AVE<br>CHICAGO, IL 60638-2400 | Unsecured | (9-1) PROOF OF CLAIM | $0.00 | $105.00 | $105.00 |
| 000010<br>080<br>7200-00 | OAKBROOK UROLOGY, LTD &<br>MORRIS UROL<br>1 S 183 SUMMIT AVE<br>OAKBROOK TERRACE, IL 60181 | Unsecured | (10-1) PROOF OF CLAIM | $0.00 | $260.00 | $260.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 13-37409 | Claim Class Sequence | | | | |
| Debtor Name: | RAMIREZ, CARLOS | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011<br>080<br>7200-00 | PROTOCOL<br>509 MERCER AVE<br>PANAMA CITY, FL 32401 | Unsecured | (11-1) PROOF OF CLAIM | $0.00 | $234.70 | $234.70 |
| 000012<br>080<br>7200-00 | CITIBANK USA<br>CITICORP CREDIT<br>SERVICES/ATTN:CENTRALIZE<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | Unsecured | (12-1) PROOF OF CLAIM | $0.00 | $81.00 | $81.00 |
| | Case Totals: | | | $0.00 | $83,178.34 | $83,178.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-37409 CAD
Case Name: RAMIREZ, CARLOS
Trustee Name: CATHERINE STEEGE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000002 | GE CAPITAL RETAIL BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | US BANK, N.A. | $ | $ | $ |
| 000004 | CAP1/BSTBY | $ | $ | $ |
| 000005 | CAPITAL 1 BANK | $ | $ | $ |
| 000006 | ELMHURST MEMORIAL HOSPITAL | $ | $ | $ |
| 000007 | GEMB/WALMART | $ | $ | $ |
| 000008 | METRO PAIN MANAGEMENT | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | MIDWEST MEDICORP SC | $ | $ | $ |
| 000010 | OAKBROOK UROLOGY, LTD & MORRIS UROL | $ | $ | $ |
| 000011 | PROTOCOL | $ | $ | $ |
| 000012 | CITIBANK USA | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE