UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
RAMIREZ, CARLOS § Case No. 13-37409 CAD
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on September 3, 2014, in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: CLERK OF THE U.S. BANKRUPTCY COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
RAMIREZ, CARLOS § Case No. 13-37409 CAD
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 23,740.00 |
| and approved disbursements of | $ | 95.25 |
| leaving a balance on hand of[1] | $ | 23,644.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 3,124.00 | $ 0.00 | $ 3,124.00 |
| Other: International Sureties, Ltd. | $ 18.21 | $ 18.21 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,124.00 |
| Remaining Balance | | $ | 20,520.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,904.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | $ 4,729.28 | $ 0.00 | $ 4,729.28 |
| 000002 | GE CAPITAL RETAIL BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | $ 175.44 | $ 0.00 | $ 175.44 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,904.72 |
| | Remaining Balance | | | $ 15,616.03 |

Tardily filed claims of general (unsecured) creditors totaling $ 78,255.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 20.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | US BANK, N.A. ATTN: LEGAL DEPARTMENT 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | $ 70,000.00 | $ 0.00 | $ 13,968.65 |
| 000004 | CAP1/BSTBY 26525 N RIVERWOODS BLVD METTAWA, IL 60045 | $ 2,488.00 | $ 0.00 | $ 496.49 |
| 000005 | CAPITAL 1 BANK ATTN: BANKRUPTCY DEPT. PO BOX 30285 SALT LAKE CITY, UT 84130 | $ 4,571.00 | $ 0.00 | $ 912.15 |
| 000006 | ELMHURST MEMORIAL HOSPITAL PO BOX 4052 CAROL STREAM, IL 60197-4052 | $ 242.00 | $ 0.00 | $ 48.29 |
| 000007 | GEMB/WALMART ATTN: BANKRUPTCY PO BOX 103104 ROSWELL, GA 30076 | $ 63.00 | $ 0.00 | $ 12.57 |
| 000008 | METRO PAIN MANAGEMENT PO BOX 1010 TINLEY PARK, IL 60477-9110 | $ 210.71 | $ 0.00 | $ 42.05 |
| 000009 | MIDWEST MEDICORP SC 6524 W. ARCHER AVE CHICAGO, IL 60638-2400 | $ 105.00 | $ 0.00 | $ 20.95 |
| 000010 | OAKBROOK UROLOGY, LTD & MORRIS UROL 1 S 183 SUMMIT AVE OAKBROOK TERRACE, IL 60181 | $ 260.00 | $ 0.00 | $ 51.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | PROTOCOL<br>509 MERCER AVE<br>PANAMA CITY, FL 32401 | $ 234.70 | $ 0.00 | $ 46.83 |
| 000012 | CITIBANK USA<br>CITICORP CREDIT SERVICES/ATTN:CENTRALIZE<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | $ 81.00 | $ 0.00 | $ 16.17 |
| | Total to be paid to tardy general unsecured creditors | | $ | 15,616.03 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Carlos Ramirez  
    Debtor

Case No. 13-37409-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: mrahmoun      Page 1 of 1      Date Rcvd: Aug 04, 2014  
                        Form ID: pdf006      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2014.

```
db            +Carlos Ramirez,    5755 S. Nottingham Ave,    Chicago, IL 60638-3116
21017749       Acs/efs-nni/gco,    C/o Acs,    Lincoln, NE 68508
21017753      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn:Centralize,
               Po Box 20507,    Kansas City, MO 64195)
21017750       Cadence Financial, LLC,    PO Box 22747,    Tampa, FL 33622-2747
21017751      +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21017752      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21530164       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
21017754       Elmhurst Memorial Hospital,    PO Box 4052,    Carol Stream, IL 60197-4052
21017756      +Fisher & Shapiro, LLC,    2121 Waukegan,    #301,    Deerfield, IL 60015-1831
21017758      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
21017759      +Gottlieb Memorial,    attn: Legal Dept,    701 W. North Ave,    Melrose Park, IL 60160-1699
21017761      +MacNeal Hospital,    3249 S. Oak Park Ave,    Berwyn, IL 60402-0715
21017760       MacNeal Hospital,    PO Box 830913,    Birmingham, AL 35283-0913
21017762       MacNeal Physicians Group, LLC,    2315 Enterprise Drive,    Suite 110,    Westchester, IL 60154-5809
21017763       Metro Pain Management,    PO Box 1010,    Tinley Park, IL 60477-9110
21017765      +Oakbrook Urology, Ltd & Morris Urol,    1 S 183 Summit Ave,    Oakbrook Terrace, IL 60181-3904
21017766      +Powers & Moon, LLC,    707 Lake Cook Rd,    Suite 102,    Deerfield, IL 60015-4909
21017767      +Protocol,    509 Mercer Ave,    Panama City, FL 32401-2631
21017770      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank, N.A.,    attn: Legal Department,    800 Nicollet Mall,
               Minneapolis, MN 55402)
21017771       Vanguard Medical Group,    909 Hidden Ridge,    Suite 300,    Irving, TX 75038-3801
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21017755       E-mail/Text: cio.bncmail@irs.gov Aug 05 2014 01:10:46     Federal IRS,
               Centralized Insolvency Operation,    PO Box 21126,    Philadelphia, PA 19114-0326
21776873       E-mail/PDF: rmscedi@recoverycorp.com Aug 05 2014 01:11:57     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
21017757      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2014 01:12:25     Gemb/walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
21017764       E-mail/Text: sue.rickey@mpmed.org Aug 05 2014 01:11:11     Midwest Medicorp SC,
               6524 W. Archer Ave,    Chicago, IL 60638-2400
21017769      +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 05 2014 01:16:55     Transworld Systems, Inc.,
               507 Prudential Rd.,    Horsham, PA 19044-2308
21017772      +E-mail/Text: BKRMailOps@weltman.com Aug 05 2014 01:16:36     Weltman, Weinberg & Reis,
               180 N. LaSalle St,    Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21017768*     +Protocol,    509 Mercer Ave,    Panama City, FL 32401-2631
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2014 at the address(es) listed below:

         Andrew E Pulaski    on behalf of Debtor Carlos  Ramirez andrew@s-looplaw.com  
         Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com  
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                                                                     TOTAL: 3