UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAMIREZ, CARLOS | § | Case No. 13-37409 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 25,989.00 |
| Total Distributions to Claimants: 20,520.75 | Claims Discharged<br>Without Payment: 178,130.81 |
| Total Expenses of Administration: 3,219.25 | |

3) Total gross receipts of $ 23,740.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,740.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,219.25 | 3,219.25 | 3,219.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,937.41 | 83,160.13 | 97,714.15 | 20,520.75 |
| **TOTAL DISBURSEMENTS** | $ 100,937.41 | $ 86,379.38 | $ 100,933.40 | $ 23,740.00 |

4) This case was originally filed under chapter 7 on 09/23/2013 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2015          By:/s/CATHERINE STEEGE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Countrywide Class Action Settlemnt | 1249-000 | 23,740.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,740.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 13-37409    Doc 30    Filed 09/04/15    Entered 09/04/15 13:36:14    Desc Main
Document      Page 4 of 13

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | 2100-000 | NA | 3,124.00 | 3,124.00 | 3,124.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 18.21 | 18.21 | 18.21 |
| ASSOCIATED BANK | 2600-000 | NA | 77.04 | 77.04 | 77.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,219.25 | $ 3,219.25 | $ 3,219.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Federal IRS Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114-0326 | | 5,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 5,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/efs-nni/gco C/o Acs Lincoln, NE 68508 | | 17,682.00 | NA | NA | 0.00 |
| | Cadence Financial, LLC PO Box 22747 Tampa, FL 33622-2747 | | 0.00 | NA | NA | 0.00 |
| | Cap1/bstby 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 2,488.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 4,571.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 81.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Hospital PO Box 4052 Carol Stream, IL 60197-4052 | | 242.00 | NA | NA | 0.00 |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 63.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | 0.00 | NA | NA | 0.00 |
| | Gottlieb Memorial attn: Legal Dept 701 W. North Ave Melrose Park, IL 60160 | | 0.00 | NA | NA | 0.00 |
| | MacNeal Hospital PO Box 830913 Birmingham, AL 35283-0913 | | 0.00 | NA | NA | 0.00 |
| | MacNeal Physicians Group, LLC 2315 Enterprise Drive Suite 110 Westchester, IL 60154-5809 | | 0.00 | NA | NA | 0.00 |
| | Metro Pain Management PO Box 1010 Tinley Park, IL 60477-9110 | | 210.71 | NA | NA | 0.00 |
| | Midwest Medicorp SC 6524 W. Archer Ave Chicago, IL 60638-2400 | | 105.00 | NA | NA | 0.00 |
| | Oakbrook Urology, Ltd & Morris Urol 1 S 183 Summit Ave Oakbrook Terrace, IL 60181 | | 260.00 | NA | NA | 0.00 |
| | Protocol 509 Mercer Ave Panama City, FL 32401 | | 234.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems, Inc. 507 Prudential Rd. Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| | US Bank, N.A. attn: Legal Department 800 Nicollet Mall Minneapolis, MN 55402 | | 70,000.00 | NA | NA | 0.00 |
| | Vanguard Medical Group 909 Hidden Ridge Suite 300 Irving, TX 75038-3801 | | 0.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 4,729.28 | 4,729.28 | 4,729.28 |
| 000002 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 175.44 | 175.44 | 175.44 |
| | CLERK OF THE U.S. BANKRUPTCY COURT | 7100-001 | NA | 0.00 | 14,554.02 | 14,554.02 |
| 000004 | CAP1/BSTBY | 7200-000 | NA | 2,488.00 | 2,488.00 | 0.00 |
| 000005 | CAPITAL 1 BANK | 7200-000 | NA | 4,571.00 | 4,571.00 | 912.15 |
| 000012 | CITIBANK USA | 7200-000 | NA | 81.00 | 81.00 | 16.17 |
| 000006 | ELMHURST MEMORIAL HOSPITAL | 7200-000 | NA | 242.00 | 242.00 | 48.29 |
| 000007 | GEMB/WALMART | 7200-000 | NA | 63.00 | 63.00 | 12.57 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | METRO PAIN MANAGEMENT | 7200-000 | NA | 210.71 | 210.71 | 0.00 |
| 000009 | MIDWEST MEDICORP SC | 7200-000 | NA | 105.00 | 105.00 | 20.95 |
| 000010 | OAKBROOK UROLOGY, LTD & MORRIS UROL | 7200-000 | NA | 260.00 | 260.00 | 51.88 |
| 000011 | PROTOCOL | 7200-000 | NA | 234.70 | 234.70 | 0.00 |
| 000003 | US BANK, N.A. | 7200-000 | NA | 70,000.00 | 70,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 95,937.41 | $ 83,160.13 | $ 97,714.15 | $ 20,520.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case No: | 13-37409 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | CATHERINE STEEGE |
| Case Name: | RAMIREZ, CARLOS | | | Date Filed (f) or Converted (c): | 09/23/13 (f) |
| | | | | 341(a) Meeting Date: | 11/12/13 |
| For Period Ending: | 08/10/15 | | | Claims Bar Date: | 04/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account-PNC Bank | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account-US Bank  Jointly owned with Nancy Arroyo | 350.00 | 0.00 | | 0.00 | FA |
| 3. Savins Account-Bank of America  Jointly owned with Nancy Arroyo | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account-Harris Bank | 10.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 6. Allstate Lincoln Benefits Term Life Insurance | 1.00 | 0.00 | | 0.00 | FA |
| 7. Employer Provided 401(k)-Dynamic Manufacturing | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. 2004 Buick Rainier | 1,878.00 | 0.00 | | 0.00 | FA |
| 9. Bank of America Countrywide Class Action Settlemnt (u) | 0.00 | 23,740.00 | | 23,740.00 | FA |

TOTALS (Excluding Unknown Values)    $25,989.00    $23,740.00        $23,740.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1    Ver: 18.05
UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-37409    CAD    Judge: CAROL A. DOYLE | Trustee Name:    CATHERINE STEEGE |
| Case Name: | RAMIREZ, CARLOS | Date Filed (f) or Converted (c):    09/23/13 (f) |
| | | 341(a) Meeting Date:    11/12/13 |
| | | Claims Bar Date:    04/28/14 |

TFR sent to UST on 6/5/14

Initial Projected Date of Final Report (TFR): 07/30/14      Current Projected Date of Final Report (TFR): 07/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-37409 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | RAMIREZ, CARLOS | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9289 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4440 | | |
| For Period Ending: | 08/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/14 | 9 | Carlos Ramirez | Class Action Settlement | 1249-000 | 23,740.00 | | 23,740.00 |
| 02/03/14 | 003001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Blanket Bond | 2300-000 | | 18.21 | 23,721.79 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 23,711.79 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.84 | 23,679.95 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.20 | 23,644.75 |
| 09/04/14 | 003002 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | 3,124.00 | 20,520.75 |
| 09/04/14 | 003003 | CAPITAL ONE BANK (USA), N.A. | FINAL DISTRIBUTION | 7100-000 | | 4,729.28 | 15,791.47 |
| 09/04/14 | 003004 | GE CAPITAL RETAIL BANK | FINAL DISTRIBUTION | 7100-000 | | 175.44 | 15,616.03 |
| * 09/04/14 | 003005 | US BANK, N.A. | FINAL DISTRIBUTION | 7200-004 | | 13,968.65 | 1,647.38 |
| * 09/04/14 | 003006 | CAP1/BSTBY | FINAL DISTRIBUTION | 7200-004 | | 496.49 | 1,150.89 |
| 09/04/14 | 003007 | CAPITAL 1 BANK | FINAL DISTRIBUTION | 7200-000 | | 912.15 | 238.74 |
| | | | Page Subtotals | | 23,740.00 | 23,501.26 | |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-37409 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | RAMIREZ, CARLOS | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9289 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4440 | | | |
| For Period Ending: | 08/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/14 | 003008 | ELMHURST MEMORIAL HOSPITAL | FINAL DISTRIBUTION | 7200-000 | | 48.29 | 190.45 |
| 09/04/14 | 003009 | GEMB/WALMART | FINAL DISTRIBUTION | 7200-000 | | 12.57 | 177.88 |
| * 09/04/14 | 003010 | METRO PAIN MANAGEMENT | FINAL DISTRIBUTION | 7200-004 | | 42.05 | 135.83 |
| 09/04/14 | 003011 | MIDWEST MEDICORP SC | FINAL DISTRIBUTION | 7200-000 | | 20.95 | 114.88 |
| 09/04/14 | 003012 | OAKBROOK UROLOGY, LTD & MORRIS UROL | FINAL DISTRIBUTION | 7200-000 | | 51.88 | 63.00 |
| * 09/04/14 | 003013 | PROTOCOL | FINAL DISTRIBUTION | 7200-004 | | 46.83 | 16.17 |
| 09/04/14 | 003014 | CITIBANK USA | FINAL DISTRIBUTION | 7200-000 | | 16.17 | 0.00 |
| * 06/09/15 | 003005 | US BANK, N.A. | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7200-004 | | -13,968.65 | 13,968.65 |
| * 06/09/15 | 003006 | CAP1/BSTBY | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7200-004 | | -496.49 | 14,465.14 |
| * 06/09/15 | 003010 | METRO PAIN MANAGEMENT | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7200-004 | | -42.05 | 14,507.19 |
| * 06/09/15 | 003013 | PROTOCOL | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7200-004 | | -46.83 | 14,554.02 |
| 06/09/15 | 003015 | Clerk of the U. S. Bankruptcy Court 219 South Dearborn | UNCLAIMED PROPERTY | 7100-001 | | 14,554.02 | 0.00 |

Page Subtotals    0.00    238.74

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-37409 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | RAMIREZ, CARLOS | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9289 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4440 | | | |
| For Period Ending: | 08/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, Illinois 60604 | | | | | |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 23,740.00 | 23,740.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 23,740.00 | 23,740.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 23,740.00 | 23,740.00 | |

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9289) | 23,740.00 | 23,740.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 23,740.00 | 23,740.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*